DAVIS *v.* THE STATE.—In error.

*Monday,
November 23.*

A *SCIRE FACIAS* on a recognizance taken by a justice of the peace, for the appearance of a person in the Circuit Court to answer a criminal charge, must show that the recognizance was filed and made a matter of record in the Circuit Court.   *Andress v. The State*, 3 Blackf. 108.—*Lang v. The State*, *Id.* 344.